IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CVR597-MU

| | | |
|---|---|---|
| GREAT WEST LIFE & ANNUITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| LOCKWOOD SIGN GROUP, INC., | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on its own motion. Plaintiff has failed to effectuate service, despite the court's extension of time to do so on April 13, 2004. Accordingly, the court hereby dismisses this case without prejudice for failure to effect service within the time limits specified in the court's last Order.

IT IS SO ORDERED.

Signed: June 5, 2006

Graham C. Mullen
United States District Judge